IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| HUSEYN ISAQOV, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-26-CV-240-KC |
| § | |
| WARDEN, ERO EL PASO CAMP § | |
| EAST MONTANA et al., § | |
| § | |
| Respondents. § | |

## ORDER

On this day, the Court considered Huseyn Isaqov's Petition for a Writ of Habeas Corpus and Motion for Temporary Restraining Order, ECF No. 1. The Petition alleges that Isaqov was "detained and sent to Montgomery Processing Center but then transferred to Karnes County Detention." *Id.* ¶ 16. However, the Petition names the Warden of ERO El Paso Camp East Montana as a Respondent. *See generally id.* According to the ICE Detainee Locator, Isaquov does appear to be detained at the ERO El Paso Camp East Montana detention center. ICE Detainee Locator, https://locator.ice.gov/odls/#/results.

In sum, the Court cannot discern from the inconsistent allegations in the Petition where Isaqov is currently detained, and more importantly, where he was detained at the time the Petition was filed. *See Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004) ("[F]or core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement."). As a result, the Court is unable to confirm that it has jurisdiction.

Accordingly, the Court **ORDERS** that Isaqov shall **FILE** an amended petition with consistent allegations regarding the location of his detention at the time of filing by **no later than February 6, 2026**.

**SO ORDERED**.

**SIGNED this 30th day of January, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE